UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

ANDREW KALLEEN,
JAMES WOODARD &
JAMES GALLAGHER,

**STIPULATION AND
ORDER OF DISMISSAL**

Plaintiffs,    15-CV-510 (RJD) (RER)

-against-

THE CITY OF NEW YORK,
P.O. HERBERT PLATERO,
P.O. MICHAEL FRANCO,
P.O. "JANE DOE" and
P.O. "JOHN DOE" 1-10.

1 'through' 10 inclusive,
the names of the last Defendants
being fictitious, the true names
of the Defendants being unknown
to the Plaintiffs(s).

Defendants.
---------------------------------------------------------------------x

**WHEREAS**, plaintiff Kalleen and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**WHEREAS**, the Court previously endorsed a Stipulation and Order of Dismissal dismissing all claims as to plaintiffs Woodard and Gallagher on January 25, 2016;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.  The above-referenced action is hereby dismissed in its entirety, with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 March 15, 2016

PAUL HALE
*Attorney for Plaintiffs*
26 Court Street, Suite 913
Brooklyn, NY 11242
(718) 554-7344

By: /s/ Paul Hale
Paul Hale
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York
 and Franco*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Matthew Bridge
Matthew Bridge
*Assistant Corporation Counsel*

SO ORDERED:

s/ RJD

HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: 3/16/16, 2016